UNITED STATES of America,
Plaintiff–Appellee,

v.

Rickey THOMPSON, a.k.a. Sea Dog, a.k.a. Trick Daddy, a.k.a. Tricks, a.k.a. Daddy, a.k.a. Renewal, Defendant–Appellant.

No. 08–16731.

United States Court of Appeals,
Eleventh Circuit.

Feb. 3, 2010.

Richard L. Rosenbaum, Arnstein & Lehr, LLP, Ft. Lauderdale, FL, for Defendant–Appellant.

Dawn Bowen, Anne R. Schultz, Kathleen M. Salyer, Laura Thomas Rivero, U.S. Attorney's Office, Miami, FL, for Plaintiff–Appellee.

Before TJOFLAT and COX, Circuit Judges, and KORMAN,* District Judge.

PER CURIAM:

Appellant seeks reversal of multiple convictions stemming from separate episodes of alien smuggling, in violation of provisions of 8 U.S.C. § 1324, and related offenses. Appellant challenges the sufficiency of the evidence used to convict him

---

* The Honorable Edward R. Korman, United States District Judge for the Eastern District of New York, sitting by designation.

on several counts, the district court's use of the *Allen* charge after the jury was initially deadlocked,[1] and the district court's admission of Appellant's prior criminal conduct—a 2000 conviction for drug trafficking—pursuant to Federal Rule of Evidence 404(b). Lastly, Appellant argues that the district court committed plain error in sentencing him to five concurrent terms of life imprisonment.

After oral argument, we find no merit in Appellant's arguments and therefore affirm his convictions and sentence.

AFFIRMED.

1. *See Allen v. United States,* 164 U.S. 492, 501–02, 17 S.Ct. 154, 157, 41 L.Ed. 528 (1896). In Appellant's case, the district judge gave the *Allen* charge to the jury when it returned with a partial verdict after six hours of deliberation. When asked whether there was any objection to giving a modified *Allen* charge at that point, Appellant's counsel replied that there was none. Appellant's instant challenge to the *Allen* charge is foreclosed by the doctrine of invited error. *See United States v. Brannan,* 562 F.3d 1300, 1306 (11th Cir.2009).